CORNELIA STEVER, an Infant, by CATHERINE STEVER, Her Guardian ad Litem, Respondent, *v.* ASSOCIATED TRANSPORT, INC., et al., Appellants.

Argued October 4, 1946; decided October 18, 1946.

*J. Stanley Carter* for appellants.

*George N. Meyl* and *Arthur B. Lanphier* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.